# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LEAF FUNDING, INC.,** | ) |
| | ) Case No. 1:08-CV-00600-GJQ |
| Plaintiff, | ) |
| | ) Judge Quist |
| v. | ) |
| | ) |
| **CASTCO PRODUCTS, INC., et al.,** | ) **ENTRY OF DEFAULT JUDGMENT** |
| | ) |
| Defendants. | ) |

This matter came to be heard by the Court on the Motion of Plaintiff, LEAF Funding, Inc. ("LEAF"), for a Judgment by Default against Defendants, Castco Products, Inc. ("Castco") and Peter J. Brown ("Brown"), with respect to LEAF's First and Second Claims for Relief set forth in the Complaint. LEAF's Third and Fourth Claims for Relief have been rendered moot by Defendant's voluntary surrender of the Equipment covered by the Lease Agreement and, therefore, are dismissed WITHOUT PREJUDICE. The Court retains jurisdiction over the remaining claims because, with the claims that are now moot, the amount in controversy when this action was filed exceeded the statutory minimum.

The Defendants have failed to timely plead or otherwise defend this action. The Court finds the Motion for Default Judgment to be well taken and it is hereby SUSTAINED. Judgment is entered in favor of Plaintiff, LEAF Funding, Inc., as follows: On the First and Second Claims for Relief, against Castco and Brown jointly and severally, LEAF is awarded the sum of $43,739.22, representing the $39,452.21 due under the Lease Agreement, plus $1,551.07 in prejudgment interest thereon, plus $2,735.94 in attorney fees and costs; with post-judgment interest

on that sum at the rate permitted by 28 U.S.C. § 1961, from the date of judgment until the date the judgment is satisfied.

SO ORDERED:

Dated:  November 21, 2008

/s/ Gordon J. Quist
Judge Quist

APPROVED:

BY:       /s/ Nelson O. Ropke
Steven A. Roach (P-39555)
Nelson O. Ropke (P-67575)
MILLER, CANFIELD, PADDOCK AND STONE, PLC
Attorneys for Plaintiff
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-8454
Email: roach@millercanfield.com
Attorney for Plaintiff, LEAF Funding, Inc.

SERVICE LIST:

CASTCO PRODUCTS, INC.
c/o Peter Brown
6777 Kies Street
Rockford, MI 48091

PETER BROWN
6777 Kies Street
Rockford, MI 48091

DELIB:3023320.1\132692-00010